```
US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
05/31/2022
```

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

**DAVID BRIAN OUSLEY**                                                     **PLAINTIFF**

**VS.**                          **CASE NO.**      4:22-cv-04046

**BO JESTER LOGGING, LLC**
**AND FRANK T. MCDORE**                                              **DEFENDANTS**

### NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1441 and 1446, defendants Bo Jester Logging, LLC and Frank T. McDore, hereby give notice of the removal of this action from the Circuit Court of Miller County, Arkansas, to the United States District Court for the Western District of Arkansas, Texarkana Division. Removal jurisdiction is based upon diversity of citizenship, 28 U.S.C. § 1332, and is founded on the following:

1.      This case, styled *David Brian Ousley v. Bo Jester Logging, LLC and Frank T. McDore*, was originally filed on May 9, 2022, in the Circuit Court of Miller County, Arkansas, as civil case number 46CV-22-205. This lawsuit is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

2.      Bo Jester Logging, LLC and Frank T. McDore both received service of process on May 12, 2022.  Both of them answered on May 31, 2022.

3.      This notice of removal is filed within thirty days (or the first filing day thereafter) of the receipt by defendants, through service or otherwise, of plaintiff's complaint and is therefore timely pursuant to 28 U.S.C. § 1446(b)(1).

2571335-v1

4.     This case is removed pursuant to 28 U.S.C. § 1332(a) because this action is between citizens of different states and the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

5.     Upon information and belief, and based on the allegations in the complaint, plaintiff is a resident of the state of Texas.  Ex. A, Compl., ¶ 1.

6.     Bo Jester Logging, LLC is an Arkansas limited liability company with its principal place of business in Prescott, Arkansas. The citizenship of an LLC is based on its members. Bo Jester is the sole, and managing, member of Bo Jester Logging, LLC. Bo Jester is a citizen of the state of Arkansas, therefore, Bo Jester Logging, LLC is a citizen of the state of Arkansas.

7.     Separate defendant Frank T. McDore is a resident of the state of Arkansas.  Ex. A, Compl., ¶ 3.

8.     As such, complete diversity exists in this matter because plaintiff is a citizen of the state of Texas, and Bo Jester Logging, LLC and Frank T. McDore are citizens of Arkansas.

9.     As to the amount in controversy, plaintiff's complaint expressly "seeks damages in excess of $75,000." Ex. A, Compl., ¶ 17. Separately, in the WHEREFORE clause of the complaint plaintiff asks for a judgment against defendants in "An amount in excess of any jurisdictional requirement for federal jurisdiction and diversity of citizenship." Ex. A, Compl. WHEREFORE paragraph. For purposes of removal, this demand is "deemed to be the amount in controversy."

28 U.S.C. § 1446(c)(2). Thus, the amount in controversy exceeds the amount of $75,000.00, exclusive of costs and interest.

10.     Accordingly, this Court has original diversity jurisdiction of this action under 28 U.S.C. § 1332(a), and the action is removable pursuant to 28 U.S.C. § 1441(a).

11.     As required by 28 U.S.C. § 1446(a), defendants attach as Exhibit A to this notice (1) the complaint in this matter; (2) the summonses issued to the served defendants in this matter; and (3) defendants' answer to the complaint; which constitute all "process, pleadings and orders" served to date.

12.     The United States District Court for the Western District of Arkansas, Texarkana Division, is the proper venue for this action under 28 U.S.C. § 1441(a) because it is the federal district court that embraces Miller County, Arkansas, which is the place where the original action was filed and remains pending at the time of removal.

13.     This notice of removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

14.     A filed-marked copy of this notice will be filed with the Clerk of the Circuit Court of Miller County, Arkansas, in accordance with 28 U.S.C. § 1446. Defendants will also give prompt written notice to plaintiff of the filing of this notice of removal.

15.     Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of defendants' right to assert any defense or affirmative matter,

3

whether pursuant to Fed. R. Civ. P. 8(c), Fed. R. Civ. P. 12(b), or otherwise.

Defendants reserve the right to amend or supplement this notice of removal.

16.     Undersigned counsel states that this removal is well grounded in facts,

warranted by existing law, and not interposed for an improper purpose.

WHEREFORE, defendants Bo Jester Logging, LLC and Frank T. McDore

hereby remove this action from the Circuit Court of Miller County, Arkansas to this

Court; respectfully request that this Court take jurisdiction of this action; and seek

resolution by this Court of all issues raised in this action.

> Respectfully submitted,
>
> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> PHONE:  (501) 371-0808
> FAX: (501) 376-9442
> E-MAIL:  jsallings@wlj.com
>            ztrail@wlj.com
>
> By: _____
>     Jerry J. Sallings (84134)
>     Zachary R. Trail (2018171)
>
> *Attorneys for defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 31, 2022, the foregoing was served via electronic mail to the following:

> W. David Carter
> MERCY CARTER, L.L.P.
> 1724 Galleria Oaks Drive
> Texarkana, Texas 75503
> *Attorney for Plaintiff*

 

 

_____
Jerry J. Sallings