IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID BRIAN OUSLEY                                                                                           PLAINTIFF

v.                                            Case No. 4:22-cv-4046

BO JESTER LOGGING, LLC
and FRANK T. MCDORE                                                                                      DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Remand. ECF No. 6. Plaintiff initially filed his complaint against Defendants on May 9, 2022, in the Circuit Court of Miller County, Arkansas. ECF No. 3. Plaintiff identified both Defendants as citizens of Arkansas. On May 31, 2022, Defendants removed this matter to this Court pursuant to 28 U.S.C. §§ 1441 and 1446. ECF No. 2. On June 1, 2022, Defendants filed the instant motion. Defendants state that they erred in removing this matter because they are citizens of the State in which this action was brought and this action is therefore not subject to removal. *See* 28 U.S.C. § 1441(b)(2). Defendants state that Plaintiff is not opposed to this request, and the time to respond in opposition has elapsed. *See* Local Rule 7.2(b).

Upon review, the Court finds that good cause for this instant motion has been shown. Accordingly, Defendants' Motion to Remand (ECF No. 6) is hereby **GRANTED**. The Court hereby instructs the Clerk of Court to immediately **REMAND** the matter to the Circuit Court of Miller County, Arkansas, for further disposition. Each party will be responsible for their own costs and attorney's fees associated with the remand.

**IT IS SO ORDERED**, this 21st day of June, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge